■ LAWRENCE KAYE FURS, INC., Appellant, v CLEMONS REALTY CORPORATION et al., Respondents.—Judgment, Supreme Court, New York County, entered on November 6, 1978, unanimously affirmed on the opinion of Egeth, J. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Sullivan, Lane, Markewich and Silverman, JJ.

■ PATRICK J. McINERNEY, Respondent, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, and Third-Party Plaintiff. THOMAS McKENNA et al., Third-Party Defendants.—Order (erroneously denominated a judgment), Supreme Court, Bronx County, entered on November 15, 1977, unanimously affirmed for the reasons stated by Cotton, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Fein, Sullivan and Silverman, JJ.

■ ARTHUR A. FISCHER, Appellant, v RUTH FISCHER, Respondent.—Judgment, Supreme Court, New York County, entered on March 7, 1978, unanimously affirmed for the reasons stated by Blyn, J., at Special Term, without costs and without disbursements. Appeal from order entered on February 23, 1978, dismissed, without costs and without disbursements, said order being subsumed in the judgment and reviewed on appeal therefrom. Concur—Birns, J. P., Evans, Fein, Sullivan and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on November 22, 1974, unanimously affirmed. Application by appellant's counsel to withdraw is granted (see Anders v California, 386 US 738; People v Saunders, 52 AD2d 833). We have reviewed this record and agree with appellant's counsel that there are no meritorious points which could be raised on appeal. Concur—Lane, J. P., Markewich, Lupiano and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTICE SMALL, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 31, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Fein, J. P., Sullivan, Lane, Markewich and Silverman, JJ.